SHERYL D. NOEL SBN 172551
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
copies to efiling@schuergerlaw.com

Attorney for Plaintiff,
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   vs.<br><br>GOLDEN TRANSIT, INC., a California corporation<br><br>     Defendant. | Case No. |

**COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The Plaintiff, United States of America, on behalf of its agency, the Small Business Administration, alleges that:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III Section 2, U.S. Constitution and 28 U.S.C. § 1345.  *See 28 U.S.C. § 1345.*

2. Venue is proper under, 28 U.S.C. § 1345 in that defendant, GOLDEN TRANSIT, INC., a California corporation with its principal place at 4604 Cimmaron Ridge Drive, Bakersfield, CA 93313 located in Kern County, California within the Jurisdiction of this Court.

## PARTIES

3. Plaintiff is the United States of America, acting through its agency the U.S. Department of Transportation, Federal Motor Carrier Safety Administration (hereinafter "FMCSA"). The debt was referred to the Treasury in accordance with the Debt Collection Improvement Act of 1996 ("DCIA") (31 U.S.C. § 3701 *et seq.*).

4. The Defendant, GOLDEN TRANSIT, INC., a California corporation (hereinafter "GOLDEN TRANSIT") with its principal place at 4604 Cimmaron Ridge Drive, Bakersfield, CA 93313 located in Kern County, California within the Jurisdiction of this Court.

## CAUSE OF ACTION

**(For Failure to Pay Violation of FMCSA against GOLDEN TRANSIT, INC.)**

Plaintiff re-alleges and incorporates herein, as though fully set forth, all preceding paragraphs.

5. On June 15, 2018, the TRAN/FMCSA sent a Notice of Claim to Defendant for a total amount due of $5,780.00 for violation 395.8 (e) (1) of the Federal Motor Carrier Safety Regulations, Hazardous Material Regulations, and /or Federal Motor Carrier Commercial Regulations. The debt is a result of violation and includes 1 (one) violation that was discovered during review/inspection. A copy of the Notice of Claim (Violations of 49 CFR §382.301(a)) described herein is attached hereto and made apart hereof as Exhibit "A".

6. On November 6, 2019, the TRAN/FMCSA" also sent a Statement of Charges to the Defendant which detailed each charge and included dates, times, persons involved, and location of each charge. A Certificate of Service for the Notice of Claim and Statement of Charges was sent to all parties.

7. On January 15, 2020 TRAN/FMCSA determined that the Defendant was delinquent in repayment of the aforementioned debt for several violations and penalties in the amount of $2,837.82. TRAN/FMCSA sent letters advising of the debt and requesting payment.

8. On June 25, 2020 TRAN/FMCSA referred the debt to Treasury for collection. On March 25, 2021, the Treasury sent a demand letter, which included the Treasury and agency number for payment reference as well as the updated balance due and owing of $2,837.82.

9. On April 5, 2024, the Treasury sent the Treasury sent a Notice of Litigation Referral to the U.S. Department of Justice (hereinafter "DOJ") for TRFM13723435 with a current principal balance due of $2,837.82, advising enforced collection through litigation.

10. On December 18, 2025, the Treasury certified the debt in the amount of $4,717.35. Defendant was delinquent in repaying a debt owed for a civil money penalty pursuant to violation 49 CFR §382.301(a). Treasury Debt Management Services referred to the debt over on April 5, 2024 with a daily interest of $0.16 and daily penalty of $.46. Certification is pursuant to 28 U.S.C. §1746(2). A copy of the Certificate of Indebtedness is attached hereto and made apart hereof as Exhibit "B"..

11. The debt owed to the United States of America as of December 18, 2025 is as follows: Principal in the amount of $2,837.82, Interest at 2.00% in the amount of $184.26, Penalty at 6.00% in the amount of $552.79, and Administrative Fees in the amount of $1,142.48 for a total of $4,717.35.

12. Plaintiff demanded payment from GOLDEN TRANSIT, INC., but payment has not been made.

13. Plaintiff declares the full amount payable to be due.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA prays for the judgment against GOLDEN TRANSIT, INC. as follows:

1. For the total amount of $4,717.35;

2. For interest thereon in an amount according to proof.

3. For the costs of this action;

4. Attorney's fees of $400.00 as permitted by 28 U.S.C. § 2412(a)(2); and,

1    5.  For such other relief which the Court deems proper.

DATED this <u>14th</u> day of January 2026.

                          Respectfully submitted,

By: */s/ Sheryl D. Noel*
    Sheryl D. Noel (172551)
    Attorney for the Plaintiff
    United States of America
    **On behalf of Schuerger Law Group**
    **Private Counsel – U.S. Department of Justice**
    499 W. Shaw Avenue #116
    Fresno, CA 93704
    Phone: (559)248-4820
    snoel@schuergerlaw.com
    efiling@schuergerlaw.com