SHERYL D. NOEL SBN 172551
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
copies to efiling@schuergerlaw.com

Attorney for Plaintiff,
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-CV-00290-KES-CDB |
| Plaintiff, | |
| vs. | |
| GOLDEN TRANSIT, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO CIV.R. 41 (A) (1) (A) (i)

Plaintiff, The United States of America, by and through undersigned and pursuant to Rule 41 (a) (1) (A) (i), hereby respectfully provides notice that the above-entitled action is voluntarily dismissed, **without prejudice,** against Defendant.

Dated: April 28, 2026.

Respectfully submitted,

By: */s/ Sheryl D. Noel*
SHERYL D. NOEL (172551)
Attorney for the Plaintiff
UNITED STATES OF AMERICA
On behalf of Schuerger Law Group
Private Counsel – U.S. Department of Justice
499 W. Shaw Avenue # 116
Fresno, CA 93704
Phone: (559) 248-4820
snoel@schuergerlaw.com
efiling@schuergerlaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on April 28, 2026, I electronically filed the Notice with the Clerk of the Court using the ECF system, and I certify that I have mailed by United States Postal Service the Notice to the following non-ECF participants:

**GOLDEN TRANSIT, INC.**
**4604 Cimmaron Ridge Drive**
**Bakersfield, CA93313**

Dated: April 28, 2026

Respectfully submitted,

By: */s/ Sheryl D. Noel*
SHERYL D. NOEL (172551)
Attorney for the Plaintiff
UNITED STATES OF AMERICA
On behalf of Schuerger Law Group
Private Counsel – U.S. Department of Justice
499 W. Shaw Avenue # 116
Fresno, CA 93704
Phone: (559) 248-4820
snoel@schuergerlaw.com
efiling@schuergerlaw.com